**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **NO.3:05-CR-051** |
| | ) | **JUDGE PHILLIPS** |
| **TANZEL GOVAN, JR** | ) | |

**AGREED ORDER**

A Petition for Revocation of Supervised Release has been filed against the
defendant, Tanzel Govan, Jr., and the defendant admits that he has violated certain
conditions of his supervised release. An agreement has been reached between the
parties, providing that Mr. Govan's supervised release should be revoked and that he
should receive a sentence of eighteen (18) months incarceration followed by no further
term of supervised release.

Mr. Govan waives his right to a hearing pursuant to Rule 32 of the Rules of
Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that
the agreement of the defendant and the government pursuant to Rule 11 of the Federal
Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United
States Sentencing Guidelines. The violations committed by the defendant are "Grade
C" violations. The defendant's criminal history category is II. The advisory guideline
range is 4 to 10 months and there is a statutory maximum of 24 months imprisonment.

The Court has also considered the factors listed in 18 U.S.C. §3553(a) and finds
that the recommended sentence is sufficient, but not greater than necessary, to comply
with the purposes set forth in 18 U.S.C. §3553(a). Specifically the Court finds that
although the recommended sentence is greater than the recommended guideline

sentence, the additional months of incarceration are offset by the reduction in the amount of supervised release that he will be required to serve.. The recommended sentence is also necessary to reflect the seriousness of the offense committed by Mr. ~~Chesney~~ Govan, promote respect for the law and deter others who violate supervised release.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED that Mr. Govan's supervised release should be revoked and he should receive a sentence of imprisonment of eighteen (18) months with no further supervision to follow said sentence.

ENTER this 2 ~~th~~ day of October, 2007.

_Thomas W. Phillips_
_____
Hon. Thomas Phillips
United States District Judge

APPROVED FOR ENTRY:

_Tracee Plowell by PRV w/permission_
_____
Tracee Plowell
Assistant U.S. Attorney

_Paula R. Voss_
_____
Paula R. Voss
Attorney for Defendant

Tanzel Govan, Jr.
Defendant

Trine Robinette
U.S. Probation Office